IN THE UNITED STATES DISTRICT COURT
FOR THE EASTERN DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| TROY BAYLOR, | : | CIVIL ACTION |
|     Petitioner, | : | |
| | : | |
| v. | : | |
| | : | |
| CITY OF PHILADELPHIA, et al., | : | NO. 10-1923 |
|     Respondents. | : | |

ORDER

And now, this 2nd day of October, 2014, upon consideration of plaintiff's complaint (Docket 5), said complaint is hereby dismissed without prejudice for reasons set forth in companion Memorandum Opinion filed this same date.

BY THE COURT:


/S LINDA K. CARACAPPA
LINDA K. CARACAPPA
UNITED STATES MAGISTRATE JUDGE